NUMBER 13-05-317-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE PATRICIA JOHNSON WALDREP, INDIVIDUALLY
AND AS THE EXECUTRIX OF THE ESTATE
OF BILL R. WALDREP

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez 
Per Curiam Memorandum Opinion




         Relator, Patricia Johnson Waldrep, Individually and as the Executrix of the Estate
of Bill R. Waldrep, filed a petition for writ of mandamus in the above cause on May 11,
2005. The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown herself entitled to the relief sought. 
Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a). 

                                                                                      PER CURIAM


Memorandum Opinion delivered and filed
this 31st day of May, 2005.